TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>*Defendant*. | Civil Action No. 1:24-CV-00517-AA |

    Defendants, by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Defendants in the above-captioned matter. Please enter the appearance of Alexis G. Romero (he/him), U.S. Department of Justice, as counsel for Defendant.

Mr. Romero's contact information is as follows:

>Alexis G. Romero
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Telephone: (202) 353-5885
>Facsimile: (202) 305-0275
>Email: alexis.romero@usdoj.gov
>
>Overnight or Hand Delivery:
>150 M Street N.E.
>Unit 3.1607
>Washington, D.C. 20002

Respectfully submitted this 12th day of April, 2024.

>TODD KIM
>Assistant Attorney General
>Environment and Natural Resources Division
>
>*s/ Alexis G. Romero*
>ALEXIS G. ROMERO (D.C. Bar No. 90006907)
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>Tel: (202) 353-5885; Fax: (202) 305-0275
>E-mail: alexis.romero@usdoj.gov
>
>*Counsel for Defendant*