TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> Defendant. | Civil Action No. 1:24-cv-00517-AA <br><br> Hon. Ann Aiken <br><br> **Joint Status Report** |

Pursuant to this Court's scheduling order, ECF No. 4, the Parties now file this joint status report.

On March 27, 2024, Plaintiffs filed their complaint challenging certain portions of the Rogue Gold Forest Management Project.  ECF No.1.  The complaint brings a claim under the Federal Land and Policy Management Act regarding the "Alternative 4 LSR portions" of the Rogue Gold Project.  ECF No. 1, at 14.  On May 31, 2024, Defendant filed their answer.

BLM is currently evaluating the merits of this claim, and the parties are pursuing settlement.

Prior to the filing of the Complaint, BLM approved a timber sale contract with a Purchaser that contains the challenged Rogue Gold units.  BLM has requested and received confirmation from this Purchaser that they will refrain from activity in the challenged Alternative 4 LSR units.

The parties respectfully request 60 days until September 23 to provide an update on progress made to resolve this litigation.

Respectfully submitted this 25th day of July, 2024

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Alexis G. Romero*
ALEXIS G. ROMERO (D.C. Bar No. 90006907)
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 353-5885; Fax: (202) 305-0275
E-mail: alexis.romero@usdoj.gov

*Counsel for Defendants*

/s/ *Nicholas S. Cady* (with permission)
Nicholas S. Cady, OSB # 113463
541-434-1463| nick@cascwild.org
Cascadia Wildlands
P.O. Box 10455
Eugene, Oregon 97440

*Attorney for Plaintiffs*

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 25, 2024, a copy of the foregoing was served by

electronic means on all counsel of record by the Court's CM/ECF system.


*/s/       Alexis G. Romero*

Alexis G. Romero