UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

CASCADIA WILDLANDS, et al.,

*Plaintiffs*,

v.

BLM,

*Defendant.*

Civil Action No. 1:24-cv-00517-AA

**ORDER**

Having considered the Parties' Stipulation for Dismissal, and for good cause shown, the court hereby dismisses this action. The court retains limited jurisdiction to ensure compliance with the settlement agreement's fees provisions.

IT IS SO ORDERED.

Dated: January 15, 2025

/s/Ann Aiken

Honorable Ann Aiken
UNITED STATES DISTRICT JUDGE